UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE HARRIS,

               Plaintiff,

    - against -

OSCAR DE LA RENTA, LLC,

               Defendant.

20 Civ. 9235 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to submit courtesy copies of the papers filed in connection with its motion to dismiss. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
            January 6, 2022

                                      John G. Koeltl
                              United States District Judge