UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELANIE HARRIS,

                Plaintiff,

   - against -

OSCAR DE LA RENTA, LLC, ET AL.,

                Defendants.

20-cv-9235 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On March 25, 2022, defendant Fernando Garcia requested an order (1) acknowledging that he has waived service and that service has been accepted by his counsel; and (2) ordering the United States Marshalls not to effect service on Garcia. ECF No. 41. Garcia's application is **granted**.

    Accordingly, Garcia has waived service and service has been accepted by his counsel. Moreover, the Court's Order of Service dated March 24, 2022 (ECF No. 37), which ordered the United States Marshalls to effect service on Garcia, is **vacated**. The United States Marshalls are ordered not to effect service on Garcia.

    The Clerk is directed to close Docket No. 41.

SO ORDERED.

Dated:   New York, New York
          March 25, 2022

                                       John G. Koeltl
                                       **United States District Judge**