```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MELANIE HARRIS,

                Plaintiff,

20-cv-9235 (JGK)

ORDER

- against -

OSCAR DE LA RENTA, LLC, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

The defendants should submit courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the third amended complaint.

SO ORDERED.

Dated:    New York, New York
            September 8, 2022

                                          John G. Koeltl
                                   United States District Judge