```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

MELANIE HARRIS,

                Plaintiff,

- against -

OSCAR DE LA RENTA, LLC, ET AL.,

                Defendants.

20-cv-9235 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by December 16, 2022.

SO ORDERED.

Dated:    New York, New York
            December 1, 2022

                                      John G. Koeltl
                             United States District Judge