UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MELANIE HARRIS,

                Plaintiff,                   **ORDER**

  -against-                  **20-cv-9235 (JGK) (JW)**

OSCAR DE LA RENTA, LLC, *et al.*,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This action has been referred to this Court for general pretrial. Dkt. No. 73. A conference in this matter is scheduled for **October 25, 2023 at 11:00am** in Courtroom 228, 40 Foley Square, New York, New York. The Parties should come prepared to discuss Defendants' letter motion to compel at Dkt. No. 72.

      SO ORDERED.

DATED:    New York, New York
              October 11, 2023

                                                             _____
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge